NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**NOVO NORDISK A/S AND NOVO NORDISK INC.,**
*Plaintiffs-Appellants,*

v.

**CARACO PHARMACEUTICAL LABORATORIES, LTD., AND SUN PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants-Appellees.*

---

2011-1223

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 05-CV-40188, Judge Avern Cohn.

---

## ON MOTION

---

## ORDER

Novo Nordisk A/S and Novo Nordisk Inc. move for a 45-day extension of time, until July 25, 2011, to file their principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 2 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Mark A. Perry, Esq.
    James F. Hurst, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDFRAL CIRCUIT**

**MAY 0 2 2011**

**JAN HORBALY**
**CLERK**